AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JAMES R. DOTSON,**

      **Plaintiff,**

            **JUDGMENT IN A CIVIL CASE**

  v.

            **CASE NO.   2:13-CV-1139**

**COMMISSIONER OF**           **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**            **MAGISTRATE JUDGE NORAH MCCANN KING**

      **Defendant.**

\_\_\_\_   **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed March 10, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:  March 10, 2015                       RICHARD W. NAGEL, CLERK


                                        */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                         Courtroom Deputy Clerk